**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Dragonfly Primary Care LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2421164** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6835 E. Southport Road, Suite D** **Indianapolis, IN 46237** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Marion** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.dragonflyprimarycare.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Dragonfly Primary Care LLC**                                        Case number (*if known*) _____
　　　　　Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____62____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☑ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor  **Dragonfly Primary Care LLC**  Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Dragonfly Primary Care LLC**                                                 Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **Dragonfly Primary Care LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2025**
MM / DD / YYYY

**X** **/s/ Caleb Wiles**                                    **Caleb Wiles**
Signature of authorized representative of debtor        Printed name

Title    **Practice Manager**

---

**18. Signature of attorney**

**X** **/s/ Thomas C. Scherer**              Date **September 12, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Thomas C. Scherer (24-49)**
Printed name

**Dentons Bingham Greenebaum**
Firm name

**2700 Market Tower**
**10 West Market Street**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone    **(317) 635-8900**        Email address    **thomas.scherer@dentons.com**

**(24-49) IN**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **Dragonfly Primary Care LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 12, 2025**          X **/s/ Caleb Wiles**
                                              Signature of individual signing on behalf of debtor

                                              **Caleb Wiles**
                                              Printed name

                                              **Practice Manager**
                                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Dragonfly Primary Care LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AES Indiana 1 Monument Circle Indianapolis, IN 46204** | | **Utilities: Electricity** | **Unliquidated** | | | **$510.89** |
| **Bowe Digital 3209 Susan Dr. Kokomo, IN 46902** | | **Google Ads Consultant** | **Disputed** | | | **$1,400.00** |
| **Citizens Energy Group 2020 N. Meridian Street Indianapolis, IN 46202** | | **Utilities: Gas, Water, Sewer** | **Unliquidated** | | | **$160.00** |
| **Comcast Business 1701 John Kennedy Boulevard Philadelphia, PA 19103-2838** | | **Internet** | | | | **$174.33** |
| **Dragonfly Advanced Wound Care LLC 6835 E. Southport Rd Ste D Indianapolis, IN 46237** | | **Intercompany Debt** | | | | **$293,452.77** |
| **Fiscus, Jenna 5350 Dollar Forge Lane Indianapolis, IN 46221** | | **Employee Wages/Benefits** | | | | **$1,600.00** |
| **Guideline 1412 Chapin Avenue Burlingame, CA 94010** | | **Unpaid employer 401(k) contriubtions for employees** | | | | **$617.58** |
| **Hedy & Hopp, LLC P.O. Box 11306 Saint Louis, MO 63105** | | **Website Hosting** | | | | **$954.00** |

| Debtor | **Dragonfly Primary Care LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hockett, Samantha 7501 Franklin Parke Woods Indianapolis, IN 46259** | | **Employee Wages/Benefits** | | | | **$4,423.20** |
| **Indiana Department of Revenue 100 N. Senate Ave. Room N203 - Bankruptcy Indianapolis, IN 46204** | | **Unpaid employee withholding taxes** | | | | **$919.03** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | | **Unpaid employee withholding taxes** | | | | **$4,806.18** |
| **Jordan, Sydney 4238 Sycamore Court Franklin, IN 46131** | | **Employee Wages/Benefits** | | | | **$1,560.00** |
| **Kaur, Kamalpreet 7226 Birch Leaf Drive Indianapolis, IN 46259** | | **Employee Wages/Benefits** | | | | **$3,184.70** |
| **Kojima, Amanda 7407 Ponderosa Pines Lane Indianapolis, IN 46239** | | **Employee Wages/Benefits** | | | | **$1,760.00** |
| **Lochard, Shannon 1923 Acorn Drive Franklin, IN 46131** | | **Employee Wages/Benefits** | | | | **$2,240.00** |
| **Nacio, Abbigail 10908 Firefly Circle Indianapolis, IN 46259** | | **Employee Wages/Benefits** | | | | **$1,600.00** |
| **Republic Services 18500 N Allied Way Phoenix, AZ 85050** | | **Waste Removal** | **Unliquidated** | | | **$187.09** |
| **Tides Medical P.O. Box 82237 Lafayette, LA 70598** | | **Tissue graft vendor** | **Disputed** | | | **$445,207.08** |
| **U.S. Department of the Treasury Bureau of the Fiscal Service P.O. Box 830794 Birmingham, AL 35293-0794** | | **Medicare overpayments from UPIC Audit** | **Disputed** | | | **$444,587.07** |

Debtor  **Dragonfly Primary Care LLC**                                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WebMD Health Corp.** **283-299 Market Street, 4th Floor Newark, NJ 07102-5009** | | **WebMD Ads** | | | | **$110.00** |

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Dragonfly Primary Care LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Dragonfly Primary Care LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 12, 2025**

Date

**/s/ Thomas C. Scherer**

**Thomas C. Scherer (24-49)**

Signature of Attorney or Litigant

Counsel for   **Dragonfly Primary Care LLC**

**Dentons Bingham Greenebaum**
**2700 Market Tower**
**10 West Market Street**
**Indianapolis, IN 46204**
**(317) 635-8900 Fax:(317) 236-9907**
**thomas.scherer@dentons.com**

| Fill in this information to identify the case: |
|---|

Debtor name  **Dragonfly Primary Care LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
  amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ ____288,594.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ ____288,594.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ ____246,243.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ ____28,864.53

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$ ____1,186,743.23

4.  **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b                                                                                 $ ____1,461,850.76

**Fill in this information to identify the case:**

Debtor name   **Dragonfly Primary Care LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | **$170.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Huntington National Bank** | **Checking** | **5506** | **$52,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$52,170.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1.  **Franklin Point Retail, Indiana, LLC (One Month's rent-security deposit)** | **$6,085.00** |
| --- | --- |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor **Dragonfly Primary Care LLC**                    Case number *(If known)* _____
Name

9.  **Total of Part 2.**                                                               | $6,085.00
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        **119,965.50**  -  **39,988.50**  = ....        $79,977.00
                                 face amount          doubtful or uncollectible accounts

11b. Over 90 days old:           **37,425.60**  -  **16,633.60**  = ...        $20,792.00
                                 face amount          doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                              | $100,769.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Chairs, Exam Tables, Desks, cabinets** | $0.00 | Book Value | $6,070.00 |
| 40.  **Office fixtures** **Leasehold Improvements** | $0.00 | Book Value | $108,500.00 |

Debtor **Dragonfly Primary Care LLC**            Case number (If known) _____
Name

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
|---|---|---|---|---|
| | CPUs, Laptops, Scales, fridge, etc. | $0.00 | Book Value | $15,000.00 |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | Total of Part 7. | $129,570.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites www.dragonflyprimarycare.com | Unknown | | Unknown |
| 62.  Licenses, franchises, and royalties | | | |
| 63.  Customer lists, mailing lists, or other compilations | | | |
| 64.  Other intangibles, or intellectual property | | | |
| 65.  Goodwill | | | |

| 66. | Total of Part 10. | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

Debtor    **Dragonfly Primary Care LLC**                              Case number *(If known)* _____
Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Dragonfly Primary Care LLC**                              Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,170.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,085.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,769.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $129,570.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $288,594.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $288,594.00 |

**Fill in this information to identify the case:**

Debtor name    **Dragonfly Primary Care LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** **The Huntington National Bank**
Creditor's Name

**P.O. Box 341470-GW1W31**
**Columbus, OH 43234-1470**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/29/2021**

**Last 4 digits of account number**
**2416**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All business assets including inventory, equipment, accounts receivable, general intangibles, and proceeds now or later acquired**

**Describe the lien**
**Blanket lien securing SBA Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| | $246,243.00 | $282,339.00 |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $246,243.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Dragonfly Primary Care LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** | **$1,600.00** |
|---|---|---|---|---|

**Fiscus, Jenna**
**5350 Dollar Forge Lane**
**Indianapolis, IN 46221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Current Payroll**

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address |  | **$617.58** | **$617.58** |
|---|---|---|---|---|

**Guideline**
**1412 Chapin Avenue**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Current Payroll**

Basis for the claim:
**Unpaid employer 401(k) contriubtions for employees**

Last 4 digits of account number **30FE**

Is the claim subject to offset?

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5)

| Debtor | **Dragonfly Primary Care LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,423.20 | $4,423.20 |
|---|---|---|---|---|

**Hockett, Samantha**
**7501 Franklin Parke Woods**
**Indianapolis, IN 46259**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Current Payroll**

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.03 | $919.03 |
|---|---|---|---|---|

**Indiana Department of Revenue**
**100 N. Senate Ave.**
**Room N203 - Bankruptcy**
**Indianapolis, IN 46204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Current Payroll**

Basis for the claim:
**Unpaid employee withholding taxes**

Last 4 digits of account number **7415**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,806.18 | $4,806.18 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Current Payroll**

Basis for the claim:
**Unpaid employee withholding taxes**

Last 4 digits of account number **1164**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,560.00 | $1,560.00 |
|---|---|---|---|---|

**Jordan, Sydney**
**4238 Sycamore Court**
**Franklin, IN 46131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Current Payroll**

Basis for the claim:
**Employee Wages/Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Dragonfly Primary Care LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,184.70 | $3,184.70 |
|---|---|---|---|---|

**Kaur, Kamalpreet**
**7226 Birch Leaf Drive**
**Indianapolis, IN 46259**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Current Payroll** | **Employee Wages/Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
|---|---|---|---|---|

**Kojima, Amanda**
**7407 Ponderosa Pines Lane**
**Indianapolis, IN 46239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Current Payroll** | **Employee Wages/Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,240.00 | $2,240.00 |
|---|---|---|---|---|

**Lochard, Shannon**
**1923 Acorn Drive**
**Franklin, IN 46131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Current Payroll** | **Employee Wages/Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.00 | $1,600.00 |
|---|---|---|---|---|

**Nacio, Abbigail**
**10908 Firefly Circle**
**Indianapolis, IN 46259**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Current Payroll** | **Employee Wages/Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Dragonfly Primary Care LLC**                           Case number *(if known)* _____
          Name

| 2.11 | Priority creditor's name and mailing address<br>**Wiles, Caleb**<br>**7324 Franklin Parke Lane**<br>**Indianapolis, IN 46259** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,307.69 | $2,307.69 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Current Payroll** | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Wiles, Crystal**<br>**7324 Franklin Parke Lane**<br>**Indianapolis, IN 46259** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,846.15 | $3,846.15 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Current Payroll** | Basis for the claim:<br>**Employee Wages/Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AES Indiana**<br>**1 Monument Circle**<br>**Indianapolis, IN 46204**<br>Date(s) debt was incurred **7/2025-8/2025**<br>Last 4 digits of account number **6879** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utilities: Electricity**<br>Is the claim subject to offset? ■ No ☐ Yes | $510.89 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bowe Digital**<br>**3209 Susan Dr.**<br>**Kokomo, IN 46902**<br>Date(s) debt was incurred **06/2025-07/2025**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Google Ads Consultant**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,400.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Citizens Energy Group**<br>**2020 N. Meridian Street**<br>**Indianapolis, IN 46202**<br>Date(s) debt was incurred **7/2025-8/2025**<br>Last 4 digits of account number **9112** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utilities: Gas, Water, Sewer**<br>Is the claim subject to offset? ■ No ☐ Yes | $160.00 |

Debtor **Dragonfly Primary Care LLC**
_____
Name

Case number (if known) _____

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.33 |

**Comcast Business**
**1701 John Kennedy Boulevard**
**Philadelphia, PA 19103-2838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2025-8/2025**

**Basis for the claim:**  **Internet**

Last 4 digits of account number  **9584**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293,452.77 |

**Dragonfly Advanced Wound Care LLC**
**6835 E. Southport Rd Ste D**
**Indianapolis, IN 46237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Intercompany Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $954.00 |

**Hedy & Hopp, LLC**
**P.O. Box 11306**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Website Hosting**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.09 |

**Republic Services**
**18500 N Allied Way**
**Phoenix, AZ 85050**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2025-8/2025**

**Basis for the claim:**  **Waste Removal**

Last 4 digits of account number  **5245**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445,207.08 |

**Tides Medical**
**P.O. Box 82237**
**Lafayette, LA 70598**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/2023-10/2023**

**Basis for the claim:**  **Tissue graft vendor**

Last 4 digits of account number  **0946**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**U.S. Attorney's Office**
**10 W. Market Street**
**Suite 2100**
**Indianapolis, IN 46204-3048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444,587.07 |

**U.S. Department of the Treasury**
**Bureau of the Fiscal Service**
**P.O. Box 830794**
**Birmingham, AL 35293-0794**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Medicare overpayments from UPIC Audit**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Dragonfly Primary Care LLC**                                        Case number (if known) _____
        Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**WebMD Health Corp.**
283-299 Market Street, 4th Floor
Newark, NJ 07102-5009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2025-8/2025**

Basis for the claim:  **WebMD Ads**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CBE Group**<br>**1309 Technology Parkway**<br>**Cedar Falls, IA 50613-6976** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Centers for Medicare & Medicaid Services**<br>**7500 Security Boulevard**<br>**Mail Stop Do-01-40**<br>**Windsor Mill, MD 21244-1850** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Centers for Medicare & Medicaid Services**<br>**P.O. Box 1270**<br>**Mail Stop Do-01-40**<br>**Lawrence, KS 66044** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **WPS Government Health Administrators**<br>**P.O. Box 1787**<br>**Madison, WI 53701** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **WPS Medicare**<br>**P.O. Box 8310**<br>**Omaha, NE 68108-0310** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 28,864.53 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,186,743.23 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,215,607.76 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Dragonfly Primary Care LLC** | |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Opened EHR/Billing Software** State the term remaining List the contract number of any government contract | **Athena Health, Inc. 80 Guest Street Brighton, MA 02135** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Tenant Coordinator for Lease related to Franklin Point Retail Indiana, LLC** State the term remaining List the contract number of any government contract | **Elite9 Investments, LLC 10201 North Illinois Street, Suite 390 Indianapolis, IN 46290** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Office lease for clinic location** State the term remaining **73 Months** List the contract number of any government contract | **Franklin Point Retail, Indiana, LLC 11890 Sunrise Valley Reston, VA 20191** |

**Fill in this information to identify the case:**

Debtor name  **Dragonfly Primary Care LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Wiles, Caleb** | **7324 Franklin Parke Lane** **Indianapolis, IN 46259** | **The Huntington National Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Wiles, Crystal** | **7324 Franklin Parke Lane** **Indianapolis, IN 46259** | **The Huntington National Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Wiles, Crystal** | **7324 Franklin Parke Lane** **Indianapolis, IN 46259** | **Franklin Point Retail, Indiana, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Dragonfly Primary Care LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$756,684.48** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$833,510.39** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$565,656.52** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor  __Dragonfly Primary Care LLC__                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **U.S. Department of the Treasury Bureau of the Fiscal Service P.O. Box 830794 Birmingham, AL 35293-0794** | **6/11/2025; 7/11/2025; 8/12/2025** | **$19,695.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **UPIC Audit Collections Payment** |
| 3.2. **Huntington National Bank P.O. Box 341470-GW1W31 Columbus, OH 43234-1470** | **6/5/2025; 7/5/2025; 8/5/2025** | **$11,391.30** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Athena Health, Inc. 80 Guest Street Brighton, MA 02135** | **6/23/2025; 7/23/2025** | **$10,102.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **CMS - Medicare** | **Setoff Against Medicare Reimbursement Payment** <br> Last 4 digits of account number: _____ | | **$5,000.00** |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Debtor   **Dragonfly Primary Care LLC**                                 Case number *(if known)*

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **MEDICARE ADMINISTRATIVE APPEALS** | | **C2C Innovative Solutions, Inc.**<br>**P.O. Box 45258**<br>**Jacksonville, FL 32232** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Dentons Bingham Greenebaum**<br>**2700 Market Tower**<br>**10 West Market Street**<br>**Indianapolis, IN 46204** | **Payments were made by the Debtor and Dragonfly Advanced Woundcare, LLC** | | **$20,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Dragonfly Primary Care LLC**                                    Case number *(if known)*

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐ No. Go to Part 9.
    ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Dragonfly Primary Care 6835 E. Southport Road Suite D Indianapolis, IN 46237** | **Primary Care facility treating patients with acute and chronic illness** | **N/A** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | **Electronically stored using EMR (AthenaOne)** | *Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

Debtor   **Dragonfly Primary Care LLC**                                     Case number *(if known)*

---

**Electronic Medical Records**

Does the debtor have a privacy policy about that information?

☐ No
■ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Guideline 401(K)** | EIN:   **86-2421164** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

Debtor    **Dragonfly Primary Care LLC**                                                    Case number *(if known)*

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **DragonFly Advanced Wound Care LLC 6835 E. Southport Road Suite D Indianapolis, IN 46237** | **Provided wound care to the patients in their own home or nursing facility** | EIN:    **92-1124844** From-To    **11/2022 to Present** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|

---

Debtor   **Dragonfly Primary Care LLC** _____   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Barnes Dennig**<br>**8470 Allison Pointe Boulevard**<br>**Suite 200**<br>**Indianapolis, IN 46250** | **11/2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Barnes Dennig**<br>**8470 Allison Pointe Boulevard**<br>**Suite 200**<br>**Indianapolis, IN 46250** | **11/2021 to Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Wiles, Caleb**<br>**7324 Franklin Parke Lane**<br>**Indianapolis, IN 46259** | **03/2021 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Barnes Dennig**<br>**8470 Allison Pointe Boulevard**<br>**Suite 200**<br>**Indianapolis, IN 46250** | |
| 26c.2.   **Wiles, Caleb**<br>**7324 Franklin Parke Lane**<br>**Indianapolis, IN 46259** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **Dragonfly Primary Care LLC** _____  Case number *(if known)* _____

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Shannon Lochard** | **8/20/2025** | **1,125.30 (Cost)** |

|  | Name and address of the person who has possession of inventory records |
|---|---|
|  | **Wiles, Caleb** <br> **7324 Franklin Parke Lane** <br> **Indianapolis, IN 46259** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wiles, Caleb** | **7324 Franklin Parke Lane** <br> **Indianapolis, IN 46259** | **Practice Manager** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wiles, Crystal** | **7324 Franklin Parke Lane** <br> **Indianapolis, IN 46259** | **Owner/President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No <br>
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No <br>
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Wiles, Crystal** <br> **7324 Franklin Parke Lane** <br> **Indianapolis, IN 46259** | **167,145** | **Bi-Weekly - includes Tax Distributions** | **Salary** |
|  | Relationship to debtor <br> **Owner** |  |  |  |
| 30.2. | **Wiles, Caleb** <br> **7324 Franklin Parke Lane** <br> **Indianapolis, IN 46259** | **62,400.00** | **Bi-Weekly** | **Salary** |
|  | Relationship to debtor <br> **Practice Manager (Husband of Owner)** |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Dragonfly Primary Care LLC**                         Case number *(if known)*

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 12, 2025**

**/s/ Caleb Wiles**                                              **Caleb Wiles**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Practice Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Dragonfly Primary Care LLC**
Debtor(s)

Case No. _____
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................. $ _____**20,000.00**

   Prior to the filing of this statement I have received ................... $ _____**20,000.00**

   Balance Due ............................................................................. $ _____**0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Debtor and Dragonfly Wound Care, LLC**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **General representation of Debtor in connection with Subchapter V proceeding, including plan confirmation with fees and expenses to be paid subject to court approval.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 12, 2025**
*Date*

**/s/ Thomas C. Scherer**
**Thomas C. Scherer (24-49)**
*Signature of Attorney*
**Dentons Bingham Greenebaum**
**2700 Market Tower**
**10 West Market Street**
**Indianapolis, IN 46204**
**(317) 635-8900   Fax: (317) 236-9907**
**thomas.scherer@dentons.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Dragonfly Primary Care LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Wiles, Crystal**<br>**7324 Franklin Parke Lane**<br>**Indianapolis, IN 46259** | | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Practice Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 12, 2025**

Signature   **/s/ Caleb Wiles**

**Caleb Wiles**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                          )        Case No. _____
**Dragonfly Primary Care LLC**                  )
                                                )        ☐ Check if this form is submitted with an amended creditor
_____         )        list.
                               Debtor(s).       )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

DRAGONFLY PRIMARY CARE, LLC

Dated: September 12, 2025

/s/ Caleb Wiles
**By: Caleb Wiles**
Signature of Debtor

_____
Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

.

AES INDIANA
1 MONUMENT CIRCLE
INDIANAPOLIS IN 46204


ATHENA HEALTH, INC.
80 GUEST STREET
BRIGHTON MA 02135


BOWE DIGITAL
3209 SUSAN DR.
KOKOMO IN 46902


CBE GROUP
1309 TECHNOLOGY PARKWAY
CEDAR FALLS IA 50613-6976


CENTERS FOR MEDICARE & MEDICAID SERVICES
7500 SECURITY BOULEVARD
MAIL STOP DO-01-40
WINDSOR MILL MD 21244-1850


CENTERS FOR MEDICARE & MEDICAID SERVICES
P.O. BOX 1270
MAIL STOP DO-01-40
LAWRENCE KS 66044


CITIZENS ENERGY GROUP
2020 N. MERIDIAN STREET
INDIANAPOLIS IN 46202

```
COMCAST BUSINESS
1701 JOHN KENNEDY BOULEVARD
PHILADELPHIA PA 19103-2838




DRAGONFLY ADVANCED WOUND CARE LLC
6835 E. SOUTHPORT RD STE D
INDIANAPOLIS IN 46237




ELITE9 INVESTMENTS, LLC
10201 NORTH ILLINOIS STREET, SUITE 390
INDIANAPOLIS IN 46290




FISCUS, JENNA
5350 DOLLAR FORGE LANE
INDIANAPOLIS IN 46221




FRANKLIN POINT RETAIL, INDIANA, LLC
11890 SUNRISE VALLEY
RESTON VA 20191




GUIDELINE
1412 CHAPIN AVENUE
BURLINGAME CA 94010




HEDY & HOPP, LLC
P.O. BOX 11306
SAINT LOUIS MO 63105
```

```
HOCKETT, SAMANTHA
7501 FRANKLIN PARKE WOODS
INDIANAPOLIS IN 46259




INDIANA DEPARTMENT OF REVENUE
100 N. SENATE AVE.
 ROOM N203 - BANKRUPTCY
INDIANAPOLIS IN 46204




INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101




JORDAN, SYDNEY
4238 SYCAMORE COURT
FRANKLIN IN 46131




KAUR, KAMALPREET
7226 BIRCH LEAF DRIVE
INDIANAPOLIS IN 46259




KOJIMA, AMANDA
7407 PONDEROSA PINES LANE
INDIANAPOLIS IN 46239




LOCHARD, SHANNON
1923 ACORN DRIVE
FRANKLIN IN 46131
```

NACIO, ABBIGAIL
10908 FIREFLY CIRCLE
INDIANAPOLIS IN 46259


REPUBLIC SERVICES
18500 N ALLIED WAY
PHOENIX AZ 85050


THE HUNTINGTON NATIONAL BANK
P.O. BOX 341470-GW1W31
COLUMBUS OH 43234-1470


TIDES MEDICAL
P.O. BOX 82237
LAFAYETTE LA 70598


U.S. ATTORNEY'S OFFICE
10 W. MARKET STREET
SUITE 2100
INDIANAPOLIS IN 46204-3048


U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P.O. BOX 830794
BIRMINGHAM AL 35293-0794


WEBMD HEALTH CORP.
283-299 MARKET STREET, 4TH FLOOR
NEWARK NJ 07102-5009

```
WILES, CALEB
7324 FRANKLIN PARKE LANE
INDIANAPOLIS IN 46259




WILES, CRYSTAL
7324 FRANKLIN PARKE LANE
INDIANAPOLIS IN 46259




WPS GOVERNMENT HEALTH ADMINISTRATORS
P.O. BOX 1787
MADISON WI 53701




WPS MEDICARE
P.O. BOX 8310
OMAHA NE 68108-0310
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re:

Dragonfly Primary Care LLC

                Debtor.

Case No. _____

---

<u>**DEBTOR'S NOTICE OF SUBMISSION OF INCOME AND EXPENSE SCHEDULE**</u>

      Dragonfly Primary Care LLC ., debtor and debtor-in-possession, by proposed counsel,

hereby submits the debtor's Income and Expense Schedule, attached hereto as **Exhibit 1**.

Date: September 12, 2025

                            Respectfully submitted,

                            */s/ Thomas C. Scherer*
                            Thomas C. Scherer, Attorney No. 24-49
                            Dentons Bingham Greenebaum LLP
                            2700 Market Tower
                            10 West Market Street
                            Indianapolis, IN  46204
                            (317) 635-8900
                            <u>Thomas.scherer@dentons.com</u>

                            Counsel for Debtor and Debtor-in-
                            Possession

Rev. 4/2011

Dragonfly Primary Care LLC **Debtor(s)**    **Case No.** _____

## CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition.
Bank book balance and cash on hand at *beginning of full calendar month preceding filing*

$ 20,643.50    Note: This represents 8/1/2025 -9/10/2025

RECEIPTS & OTHER FUNDING:

| | | |
|---|---|---|
| 1. | Sales/Receipts | $ 127,482.06 |
| 2. | Accounts Receivable Collections | $ — |
| 3. | Loans/Financing | $ 40,000.00 |
| 4. | Capital Contributions | $ — |
| 5. | Other Receipts (describe below) | $ 800.00 |

Sublease         $ 800.00
_____  $ _____
_____  $ _____

**I. TOTAL RECEIPTS & FUNDING** (sum of lines 1-5)    $ 168,282.06

EXPENDITURES:

| | | |
|---|---|---|
| 6. | Inventory Purchases | $ — |
| 7. | Taxes | $ 4,973.83 |
| 8. | PAYROLL | |
| | a. Compensation of Insiders | $ 18,738.45 |
| | b. Salaries & Wages | $ 47,507.34 |
| | c. Outside Labor | $ 1803.06 |
| 9. | Payments to Professionals | $ 16,296.21 |
| 10. | Insurance | $ 79.83 |
| 11. | Real Property Rent Payments | $ 12,249.94 |
| 12. | Equipment Lease Payments | $ — |
| 13. | Mortgage Payments | $ — |
| 14. | Utilities/Telephone | $ 1,656.70 |
| 15. | Supplies | $ 1,334.81 |
| 16. | Repairs & Maintenance | $ — |
| 17. | Travel & Entertainment | $ 43.14 |

18. Other Expenses (describe below)          $ 24,368.05

Online advertising          $ 1,112.53          Computer Software $1,803.77

Medicare Audit Payment     $ 6,565.00          Loan Payments $7,936.12

Athena EHR/Billing         $ 5,212.63          Chp. 11 Filing Fee $1,738.00

**II. TOTAL EXPENDITURES** (sum of lines 6-18)          $ 129,051.36

**NET CASH FLOW** (Total Receipts less Total Expenditures)          $ 39,230.70

Bank book balance and cash on hand at *date of filing*          $ 51,587.97

**(Note: Declaration required if form is filed separately from other schedules.)**

I/We declare under the penalty of perjury that the information provided in this form is true and correct.

Date: 9/10/2025          _Caleb Wiles_          (Signature of Debtor)

→ Caleb Wiles          (Printed Name of Debtor)

Practice Manager          _____          (Signature of Joint Debtor, if any)

Dragonfly Primary Care LLC          _____          (Printed Name of Joint Debtor, if any)

Print Form